### *The sale of the Real Estate of* Thomas M. Cornwall.

REAL estate of an intestate cannot be sold to pay expenses of administration.

PETITION for sale of real estate of an intestate must be made within three years.

THE SURROGATE. Jacob W. Cornwall, the administrator of the goods of John T. Cornwall, deceased, petitions

for leave to sell the lands of the intestate for the payment of his debts.

The petition is not presented within three years after the granting of letters of administration to the petitioner. A single day after the expiration of the three years, the right of the administrator to petition was lost. Petition denied.